UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-20220-CIV- KING/BECERRA

JOSE ARRIAZA,

    Plaintiff,

vs.

AAA TRANSMISSION & MGMT, INC.,
A Florida Profit Corporation, and
ALFONSO LOPEZ, individually,

    Defendants._
_____/

## NOTICE OF SETTLEMENT

Plaintiff, JOSE ARRIAZA by and through his undersigned counsel, and in agreement with Defendants, AAA TRANSMISSION & MGMT INC and ALFONSO LOPEZ., hereby provides notice that the parties have reached a settlement of all claims in this case. The parties are in the process of finalizing the agreement and preparing the dismissal documents, which will be filed with the Court upon completion.

Dated: March 9, 2022

**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202
Fax. (786) 650-0200

By: /s/Nathaly Saavedra
Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 9, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Nathaly Saavedra
Nathaly Saavedra, Esq.

## **SERVICE LIST**

Nathaly Saavedra, Esq.
Fla. Bar No. 118315
Email: nathaly@peregonza.com
**PEREGONZA THE ATTORNEYS, PLLC**
1414 NW 107th Ave,
Suite 302
Doral, FL 33172
Tel. (786) 650-0202
Fax. (786) 650-0200

Attorney for Plaintiff


Carlos Alberto Mesa, Esq.
Mesa & Pereira PA
11780 SW 89th Street
Miami, Florida 33186
Tel. (305) 596-3005
Fax. (305) 359-2998
cmesa@mesafloridalawyer.com


*Counsel for Defendants*



Method Service: CM/ECF Notice